USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

  -against-                                    25-CR-351-01 (LAK)


YU WANG,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Order

       The Court  relieves retained attorney Alexander Osuna as counsel to defendant Yu Wang and  Mr. Osuna has told the Court that he is waiving any lein for attorney fees that he may have on the case.

       After having  approved an updated financial affidavit of the defendant, the Court appoints the duty CJA attorney, Evan Lipton, as counsel to the defendant..

       SO ORDERED.

Dated: February 10, 2026

                              Lewis A. Kaplan
                        United States District Judge