**MEMO ENDORSED**

**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
**(917) 924-9800**

Jun 1, 2026

By ECF
Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/26

Re: *United States v. Yu Wang*
**25 Cr. 351 (LAK)**
**Application to Modify Conditions of Pretrial Detention**

Dear Judge Kaplan:

I represent Yu Wang pursuant to the Criminal Justice Act and write to request the modification of his conditions of pretrial release from the current status of "home incarceration" to the less stringent "home detention." This application is made so that Mr. Wang can obtain employment to support himself and his partner. Pretrial Services (Officer Lettieri) consents to the modification, without objection from the government (Assistant United States Attorneys Fang and Weinberg). Under the proposed modification Mr. Wang would remain subject to electronic monitoring with his movement restricted to a schedule approved by Pretrial Services.

Mr. Wang was arrested on August 10, 2023, and detained at the MDC for thirty-two months before being released to home incarceration on January 2, 2026.[1] *See* ECF No. 64 ($1 million personal recognizance bond.) He has been on home incarceration since then and remains compliant with all conditions of release. Mr. Wang has not earned any income since his arrest, instead relying on his partner for financial support, causing financial hardship that has become unsustainable. For these reasons it is respectfully requested that Mr. Wang's conditions of pretrial release be modified from home incarceration to home detention. Thank you for your attention to this matter.

Respectfully yours,

**SO ORDERED**

Evan L. Lipton
Counsel for Yu Wang

Cc.    Govt Counsel
       Pretrial Services

LEWIS A. KAPLAN, USDJ 6/9/26

---

[1]    Mr. Wang waived Indictment and pleaded guilty to an Information on August 6, 2025. *See* ECF No. 58.