Case 1:25-cr-00351-LAK Document 72 Filed 11/11/26 Page 1 of 1

**Law Office of Evan L. Lipton, P.C.**
**224 West 30th Street #302**
**New York, New York 10001**
**ell@evanliptonlaw.com**
**(917) 924-9800**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-26

November 10, 2026

By ECF
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Yu Wang* (25 Cr. 351 (LAK)**
**Application to Modify Conditions of Pretrial Release**

Dear Judge Kaplan:

I represent Yu Wang pursuant to the Criminal Justice Act and write to request that Mr. Wang's conditions of pretrial release be modified to replace home detention with a curfew set by Pretrial Services. Location monitoring would remain in place. The modification will give Mr. Wang the schedule flexibility to work additional shifts when his employer requests them, to help care for his son, and to attend to ordinary daily activities. Pretrial Services (Officer Jonathan Lettieri) has no objection to the modification, and the government (Assistant United States Attorney Jerry J. Fang) defers to Pretrial Services.

Mr. Wang was released on January 2, 2026, on a $1 million personal recognizance bond with a condition of home incarceration.[1] *See* ECF No. 64. On June 9, 2026, the Court granted Mr. Wang's application to modify that condition to home detention with electronic monitoring. *See* ECF No. 69 (memo endorsed). Pretrial Services reports Mr. Wang's sustained compliance with the conditions of his pretrial supervision.

For these reasons, it is respectfully requested that Mr. Wang's conditions of pretrial release be modified to replace home detention with a curfew set by Pretrial Services, with location monitoring to remain in place. Thank you for your attention to this matter.

Respectfully yours,

Evan L. Lipton
Counsel for Yu Wang

cc: AUSA Jerry J. Fang (by ECF); Officer Jonathan Lettieri, Pretrial Services (by email)

---

[1] Mr. Wang waived indictment and pleaded guilty to an Information on August 6, 2025. *See* ECF No. 58.

SO ORDERED. Granted

LEWIS A. KAPLAN, USDJ 11/18/26